```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2020
```

------------------------------------------------------------ X
                                                             :
  UNITED STATES OF AMERICA,                                  :
                                                             :
                                                             :
              -v-                                            :     1:18-cr-113-GHW
                                                             :
                                                             :
  RASHEEM RICHARDSON,                                        :     ORDER
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On September 30, 2020, the Court received a letter from Mr. Richardson. Dkt. No. 91. First, the Court is pleased to hear that Mr. Richardson is back at home with his family and doing well, and extends its best wishes.

Second, the Court requests that counsel for the United States inquire regarding the personal property described by Mr. Richardson in his letter. The Court directs that the United States submit a letter to the Court regarding any property seized from Mr. Richardson's home in connection with his arrest or prosecution for the offenses charged in this case that has not yet been returned to Mr. Richardson or his counsel. That letter should be submitted to the Court, with a copy to Mr. Richardson, no later than November 2, 2020.

The Clerk of Court is directed to mail a copy of this order to Mr. Richardson at 1560 Longfellow Ave., Bronx, New York 10460.

SO ORDERED.

Dated: October 1, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge